IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>               Movant,<br><br>v.<br><br>ROBERT J. DOHERTY,<br><br>               Respondent. | Misc No. _____<br><br>(Relates to action pending in the United States District Court for the District of Delaware, Civil Action No. 14-1226-RGA)<br><br>**ORAL ARGUMENT REQUESTED** |

## MOTION TO COMPEL ROBERT J. DOHERTY TO COMPLY WITH SUBPOENA

Pursuant to Rule 45(d) of the Federal Rules of Civil Procedure, Microsoft Corporation ("Microsoft") moves this Court to compel Robert J. Doherty ("Mr. Doherty") to produce documents in response to Requests 4, 11, 12, and 20 in the subpoena to Mr. Doherty dated September 30, 2015.  Mr. Doherty is a named inventor on a patent asserted against Microsoft Corporation and the requested discovery relates at least to the issues of witness bias and damages, and may further relate to the issues of infringement and validity.

In support of this Motion, Microsoft relies on its Memorandum of Law in Support of its Motion for Compliance with Subpoena and the exhibits attached to the Declaration of Steven R. Katz, both of which are filed concurrently with this Motion.

Dated:  July 11, 2016

/s/ Steven R. Katz
Steven R. Katz (BBO #642732)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA  02210
Tel:  (617) 542-5070
Fax: (617) 542-8906
katz@fr.com

## LOCAL RULES 7.1(a) CERTIFICATION

Pursuant to Local Rule 7.1(a), the undersigned certifies that counsel conferred in a good-faith effort to resolve the issues presented by this motion, but the parties remain at an impasse regarding the issues presented.

*/s/ Steven R. Katz*
Steven R. Katz

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent by first-class mail to those indicated as non-registered participants on July 11, 2016.

*/s/ Steven R. Katz*
Steven R. Katz